UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                              §
                                                    §
VODNIK, WILLIAM GENE                                §   Case No. 13-46820
VODNIK, SUSAN ELIZABETH                             §
                                                    §
                     Debtors                        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/05/2013 . The undersigned trustee was appointed on 12/05/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 13,339.29 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 12.29 |
| Bank service fees | | 329.61 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 12,997.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/15/2014  and the deadline for filing governmental claims was  12/15/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,083.93 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,083.93 , for a total compensation of $ 2,083.93 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.76 , for total expenses of $ 7.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2016                        By:/s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:  13-46820    DRC    Judge: Donald R. Cassling  
Case Name: VODNIK, WILLIAM GENE  
                 VODNIK, SUSAN ELIZABETH  
For Period Ending: 05/26/16

Trustee Name: GINA B. KROL  
Date Filed (f) or Converted (c): 12/05/13 (f)  
341(a) Meeting Date: 01/14/14  
Claims Bar Date: 12/15/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSE AND LOT AT: 6542 BLACKSTONE DRIVE, DOWNERS G | 289,844.00 | 0.00 | | 0.00 | FA |
| 2. CASH  Deceased parent life insurance proceeds payable to debtor | 2,747.14 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  PNC Bank (Checking #8938) | 62.95 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS  Charter One (Savings account #2675) Beneficiaries: J.J. Vodnik and G.W. Vodnik; Relative: Brothers | 575.01 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS  Ameritrade stock account | 29.60 | 0.00 | | 0.00 | FA |
| 6. FINANCIAL ACCOUNTS  PNC Bank (Business checking #7815) | 116.21 | 0.00 | | 0.00 | FA |
| 7. FINANCIAL ACCOUNTS  PNC Bank (Savings #1745) Beneficiaries: G.W. Vodnik and J.W. Vodnik; relatives: Brothers | 28.44 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS  Household Goods | 2,200.00 | 0.00 | | 0.00 | FA |
| 9. BOOKS / COLLECTIBLES  Wall Paintings | 100.00 | 0.00 | | 0.00 | FA |
| 10. WEARING APPAREL  Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 11. FURS AND JEWELRY  Wedding rings, watches | 240.00 | 0.00 | | 0.00 | FA |
| 12. VEHICLES  2007 Hyundai Santa Fe SE/Limited (60,000 miles) VIN #: 5NMSH13E27H095718 Valuation: CarMax Appraisal Offer | 9,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-46820  DRC  Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | VODNIK, WILLIAM GENE | | Date Filed (f) or Converted (c): | 12/05/13 (f) |
| | VODNIK, SUSAN ELIZABETH | | 341(a) Meeting Date: | 01/14/14 |
| | | | Claims Bar Date: | 12/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. INHERITANCE  Proceeds from sale of Debtor's deceased parent real estate. | 9,237.15 | 13,339.29 | | 13,339.29 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $314,380.50 | $13,339.29 | | $13,339.29 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has collected the required turnover amount. Will review claims and prepare TFR
October 14, 2015, 01:30 pm

Debtor spent inheritance which was property of estate before 341 meeting. Trustee obtained turnover order and contempt proceedings. Debtors are making payments to reimburse estate.
October 22, 2014, 02:13 pm

Initial Projected Date of Final Report (TFR): 12/31/15      Current Projected Date of Final Report (TFR): 12/31/15

/s/   GINA B. KROL
_____   Date: 05/26/16
GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-46820 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VODNIK, WILLIAM GENE | Bank Name: | ASSOCIATED BANK |
| | VODNIK, SUSAN ELIZABETH | Account Number / CD #: | *******7608 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1935 | | |
| For Period Ending: | 06/14/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/11/14 | 13 | Susan E. Vodnik<br>6542 Blackstone Dr.<br>Downers Grove, IL 60516 | Inheritance | 1129-000 | 2,000.00 | | 2,000.00 |
| 10/01/14 | 13 | Susan Vodnik<br>6542 Blackstone Dr.<br>Downers Grove, IL 60516 | Inheritance | 1129-000 | 1,664.04 | | 3,664.04 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,654.04 |
| * 10/28/14 | 13 | Susan E. Vodnik<br>6542 Blackstone Dr.<br>Downers Grove, IL 60516 | Inheritance | 1129-003 | 1,664.00 | | 5,318.04 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,308.04 |
| 11/20/14 | | Susan E. Vodnik | Added to correct amount of deposit | 1129-000 | 0.04 | | 5,308.08 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,298.08 |
| 12/08/14 | 13 | Susan E. Vodnik<br>6542 Blackstone Dr.<br>Downers Grove, IL 60516 | Inheritance | 1129-000 | 1,664.04 | | 6,962.12 |
| 01/06/15 | 13 | Susan Vodnik<br>6542 Blackstone Dr.<br>Downers Grove, IL 60516 | Inheritance | 1129-000 | 1,664.04 | | 8,626.16 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,616.16 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.41 | 8,603.75 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | BOND<br>BOND | 2300-000 | | 4.92 | 8,598.83 |
| 02/18/15 | 13 | Susan Vodnik<br>6542 Blackstone Dr.<br>Downers Grove, IL 60516 | Inheritance | 1129-000 | 1,664.04 | | 10,262.87 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.43 | 10,250.44 |
| 03/16/15 | 13 | Susan Vodnik | Inheritance | 1129-000 | 1,664.09 | | 11,914.53 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.06a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-46820 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | VODNIK, WILLIAM GENE | | Bank Name: | ASSOCIATED BANK |
| | VODNIK, SUSAN ELIZABETH | | Account Number / CD #: | *******7608 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1935 | | | |
| For Period Ending: | 06/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,898.02 |
| 04/20/15 | 13 | Susan Vodnik | Inheritance | 1129-000 | 1,355.00 | | 13,253.02 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.83 | 13,235.19 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.68 | 13,215.51 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.01 | 13,196.50 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.62 | 13,176.88 |
| * 08/20/15 | 13 | Susan E. Vodnik | Inheritance | 1129-003 | -1,664.00 | | 11,512.88 |
| | | 6542 Blackstone Dr. | Incorrect amount was entered by Trustee | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 08/20/15 | 13 | Susan E. Vodnik | Inheritance | 1129-000 | 1,664.04 | | 13,176.92 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.59 | 13,157.33 |
| 09/22/15 | | Susan Vodnik | Correct prior reversal amount | 1129-000 | | 0.04 | 13,157.29 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.93 | 13,138.36 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.53 | 13,118.83 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.87 | 13,099.96 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.48 | 13,080.48 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.45 | 13,061.03 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 7.37 | 13,053.66 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.16 | 13,035.50 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.38 | 13,016.12 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.73 | 12,997.39 |
| * 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 19.32 | 12,978.07 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-46820 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | VODNIK, WILLIAM GENE | | Bank Name: | ASSOCIATED BANK |
| | VODNIK, SUSAN ELIZABETH | | Account Number / CD #: | *******7608 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1935 | | | |
| For Period Ending: | 06/14/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/14/16 | | Reverses Adjustment OUT on 06/07/16 | BANK SERVICE FEE<br>Error - Bank Fees Stopped | 2600-003 | | -19.32 | 12,997.39 |

```
                Account *******7608         Balance Forward           0.00
                                   10       Deposits            13,339.29        2   Checks                  12.29
                                    0       Interest Postings        0.00       23   Adjustments Out        329.65
                                                                                  0   Transfers Out            0.00
                                            Subtotal         $  13,339.29
                                                                                      Total              $   341.94
                                    1       Adjustments In           0.04
                                    0       Transfers In             0.00

                                            Total            $  13,339.33
```

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 06/14/16
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 14, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 13-46820<br>Debtor Name: VODNIK, WILLIAM GENE | | Priority Sequence<br>Joint Debtor: VODNIK, SUSAN ELIZABETH | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,091.69 | $2,091.69 |
| 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $5,071.50 | $5,071.50 |
| 000003A<br>050<br>4300-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Secured | | $0.00 | $26,303.62 | $26,303.62 |
| 000001<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $883.58 | $883.58 |
| 000002<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $2,794.84 | $2,794.84 |
| 000004<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,616.24 | $5,616.24 |
| 000005<br>070<br>7100-90 | PayPal Inc<br>PO Box 45950<br>Omaha NE 68145-0950 | Unsecured | | $0.00 | $2,500.00 | $2,500.00 |
| 000006<br>070<br>7100-90 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $8,022.26 | $8,022.26 |
| 3B<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $17,778.68 | $17,778.68 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $4.92 | $4.92 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: June 14, 2016 |
|---|---|---|---|---|---|---|---|
| Case Number: | 13-46820 | | Priority Sequence | | | | |
| Debtor Name: | VODNIK, WILLIAM GENE | | | | Joint Debtor: | VODNIK, SUSAN ELIZABETH | |
| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | | $0.00 | $7.37 | $7.37 |
| | Case Totals: | | | | $0.00 | $71,074.70 | $71,074.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-46820
Case Name: VODNIK, WILLIAM GENE
                VODNIK, SUSAN ELIZABETH
Trustee Name: GINA B. KROL

Balance on hand $ 12,997.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 26,303.62 | $ 26,303.62 | $ 0.00 | $ 5,834.20 |

Total to be paid to secured creditors $ 5,834.20

Remaining Balance $ 7,163.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,083.93 | $ 0.00 | $ 2,083.93 |
| Trustee Expenses: GINA B. KROL | $ 7.76 | $ 0.00 | $ 7.76 |
| Attorney for Trustee Fees: Cohen & Krol | $ 5,071.50 | $ 0.00 | $ 5,071.50 |
| Other: Adams Levine Surety Bond Agency | $ 4.92 | $ 4.92 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 7.37 | $ 7.37 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 7,163.19

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,595.60 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 883.58 | $ 0.00 | $ 0.00 |
| 000002 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | $ 2,794.84 | $ 0.00 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 5,616.24 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PayPal Inc<br>PO Box 45950<br>Omaha NE 68145-0950 | $ 2,500.00 | $ 0.00 | $ 0.00 |
| 000006 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 8,022.26 | $ 0.00 | $ 0.00 |
| 3B | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $ 17,778.68 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors     $_____0.00

    Remaining Balance     $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE