IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **William Vodnik** | ) | No. 13 B 46820 |
| **Susan Vodnik** | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 14, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                          BY:/s/ Gina B. Krol
                                                              Ch 7 Bankruptcy Trustee

Service List:

Quantum3 Group LLC as agent for
Comenity Bank
P.O. Box 788
Kirkland, WA   98083-0788

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664-0338

Dept of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346

Capital One Bank USA NA
P.O. Box 71083
Charlotte, NC   28272-1083

PayPal, Inc.
P.O. Box 45950
Omaha, NE   68145-0950

State Farm Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Susan & William Vodnik
6542 Blackstone Drive
Downers Grove, IL   60516

Jason Pappas
jwpappasesq@yahoo.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov