# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VODNIK, WILLIAM GENE | § | Case No. 13-46820 DRC |
| VODNIK, SUSAN ELIZABETH | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 290,824.02 *(Without deducting any secured claims)* | Assets Exempt: 14,319.33 |
| Total Distributions to Claimants: 5,834.20 | Claims Discharged Without Payment: 81,296.05 |
| Total Expenses of Administration: 7,505.09 | |

3) Total gross receipts of $ 13,339.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 13,339.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 288,076.88 | $ 26,303.62 | $ 26,303.62 | $ 5,834.20 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,505.09 | 7,505.09 | 7,505.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,600.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,458.08 | 37,595.60 | 37,595.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 390,134.96 | $ 71,404.31 | $ 71,404.31 | $ 13,339.29 |

    4) This case was originally filed under chapter 7 on 12/05/2013 . The case was pending for 33 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2016            By:/s/GINA B. KROL
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 0.00 |
| INHERITANCE | 1129-000 | 13,339.29 |
| **TOTAL GROSS RECEIPTS** | | **$13,339.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 42,576.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 Ocwen Loan Servicing P.O. Box 780 Waterloo, IA 50704 | | 245,499.99 | NA | NA | 0.00 |
| | Du Page County Collector PO Box 4203 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| 000003A | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 26,303.62 | 26,303.62 | 5,834.20 |
| **TOTAL SECURED CLAIMS** | | | **$ 288,076.88** | **$ 26,303.62** | **$ 26,303.62** | **$ 5,834.20** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,083.93 | 2,083.93 | 2,083.93 |
| GINA B. KROL | 2200-000 | NA | 7.76 | 7.76 | 7.76 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 4.92 | 4.92 | 4.92 |
| ADAMS-LEVINE | 2300-000 | NA | 7.37 | 7.37 | 7.37 |
| ASSOCIATED BANK | 2600-000 | NA | 329.61 | 329.61 | 329.61 |
| COHEN & KROL | 3110-000 | NA | 3,381.02 | 3,381.02 | 3,381.02 |
| GINA KROL | 3110-000 | NA | 1,690.48 | 1,690.48 | 1,690.48 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,505.09 | $ 7,505.09 | $ 7,505.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | 3,600.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 3,600.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank of America Attn: Bankruptcy Department P.O. Box 982238 El Paso, TX 79998 | | 6,189.00 | NA | NA | 0.00 |
| | Creditor #: 10 Exxon Mobil P.O. Box 6404 Sioux Falls, SD 57117 | | 92.17 | NA | NA | 0.00 |
| | Creditor #: 11 Juniper Card Services PO Box 13337 Philadelphia, PA 19101 | | 2,340.30 | NA | NA | 0.00 |
| | Creditor #: 12 Juniper Card Services PO Box 13337 Philadelphia, PA 19101 | | 3,680.44 | NA | NA | 0.00 |
| | Creditor #: 14 PNC Bank PO Box 3429 Pittsburgh, PA 15230 | | 5,660.59 | NA | NA | 0.00 |
| | Creditor #: 2 Bank of America Attn: Bankruptcy Department P.O. Box 982238 El Paso, TX 79998 | | 4,430.66 | NA | NA | 0.00 |
| | Creditor #: 4 Chase Bank, USA NA Cardmember Services PO Box 15298 Wilmington, DE 19850 | | 3,532.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 5 Chase Bank, USA NA Cardmember Services PO Box 15298 Wilmington, DE 19850 | | 862.96 | NA | NA | 0.00 |
| | Creditor #: 6 Chase Bank, USA NA Cardmember Services PO Box 15298 Wilmington, DE 19850 | | 5,829.60 | NA | NA | 0.00 |
| | Creditor #: 7 CitiCards Attn: Bankruptcy Dept P.O. Box 6500 Sioux Falls, SD 57117 | | 7,482.73 | NA | NA | 0.00 |
| | NCO Financial Systems, Inc 507 Prudential Road Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| | Nationwide Credit 1150 East University Avenue Tempe, AZ 85281 | | 0.00 | NA | NA | 0.00 |
| | Weltman, Weinberg & Reis PO Box 93784 Cleveland, OH 44101 | | 0.00 | NA | NA | 0.00 |
| 3B | DEPARTMENT OF THE TREASURY | 7100-000 | 42,576.89 | 17,778.68 | 17,778.68 | 0.00 |
| 000002 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 2,794.84 | 2,794.84 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 4,450.85 | 5,616.24 | 5,616.24 | 0.00 |
| 000005 | PAYPAL INC | 7100-900 | 2,700.00 | 2,500.00 | 2,500.00 | 0.00 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | 607.63 | 883.58 | 883.58 | 0.00 |
| 000006 | STATE FARM BANK | 7100-900 | 8,022.26 | 8,022.26 | 8,022.26 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 98,458.08 | $ 37,595.60 | $ 37,595.60 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-46820 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | VODNIK, WILLIAM GENE | | | Date Filed (f) or Converted (c): | 12/05/13 (f) |
| | VODNIK, SUSAN ELIZABETH | | | 341(a) Meeting Date: | 01/14/14 |
| For Period Ending: | 08/26/16 | | | Claims Bar Date: | 12/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSE AND LOT AT: 6542 BLACKSTONE DRIVE, DOWNERS G | 289,844.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 2,747.14 | 0.00 | | 0.00 | FA |
| Deceased parent life insurance proceeds payable to debtor | | | | | |
| 3. FINANCIAL ACCOUNTS | 62.95 | 0.00 | | 0.00 | FA |
| PNC Bank (Checking #8938) | | | | | |
| 4. FINANCIAL ACCOUNTS | 575.01 | 0.00 | | 0.00 | FA |
| Charter One (Savings account #2675) Beneficiaries: J.J. Vodnik and G.W. Vodnik; Relative: Brothers | | | | | |
| 5. FINANCIAL ACCOUNTS | 29.60 | 0.00 | | 0.00 | FA |
| Ameritrade stock account | | | | | |
| 6. FINANCIAL ACCOUNTS | 116.21 | 0.00 | | 0.00 | FA |
| PNC Bank (Business checking #7815) | | | | | |
| 7. FINANCIAL ACCOUNTS | 28.44 | 0.00 | | 0.00 | FA |
| PNC Bank (Savings #1745) Beneficiaries: G.W. Vodnik and J.W. Vodnik; relatives: Brothers | | | | | |
| 8. HOUSEHOLD GOODS | 2,200.00 | 0.00 | | 0.00 | FA |
| Household Goods | | | | | |
| 9. BOOKS / COLLECTIBLES | 100.00 | 0.00 | | 0.00 | FA |
| Wall Paintings | | | | | |
| 10. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 11. FURS AND JEWELRY | 240.00 | 0.00 | | 0.00 | FA |
| Wedding rings, watches | | | | | |
| 12. VEHICLES | 9,000.00 | 0.00 | | 0.00 | FA |
| 2007 Hyundai Santa Fe SE/Limited (60,000 miles) VIN #: 5NMSH13E27H095718 Valuation: CarMax Appraisal Offer | | | | | |

LFORM1

Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-46820 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VODNIK, WILLIAM GENE | Date Filed (f) or Converted (c): | 12/05/13 (f) |
| | VODNIK, SUSAN ELIZABETH | 341(a) Meeting Date: | 01/14/14 |
| | | Claims Bar Date: | 12/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. INHERITANCE  Proceeds from sale of Debtor's deceased parent real estate. | 9,237.15 | 13,339.29 | | 13,339.29 | FA |
| TOTALS (Excluding Unknown Values) | $314,380.50 | $13,339.29 | | $13,339.29 | Gross Value of Remaining Assets  $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Tee sent TFR to US Tee for Review May 31, 2016, 11:07 am

Trustee has collected the required turnover amount. Will review claims and prepare TFR
October 14, 2015, 01:30 pm

Debtor spent inheritance which was property of estate before 341 meeting. Trustee obtained turnover order and contempt proceedings. Debtors are making payments to reimburse estate.
October 22, 2014, 02:13 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/15

/s/    GINA B. KROL
_____ Date: 08/26/16
       GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-46820 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | VODNIK, WILLIAM GENE | | Bank Name: | ASSOCIATED BANK |
| | VODNIK, SUSAN ELIZABETH | | Account Number / CD #: | *******7608 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1935 | | | |
| For Period Ending: | 08/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/11/14 | 13 | Susan E. Vodnik | Inheritance | 1129-000 | 2,000.00 | | 2,000.00 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 10/01/14 | 13 | Susan Vodnik | Inheritance | 1129-000 | 1,664.04 | | 3,664.04 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,654.04 |
| * 10/28/14 | 13 | Susan E. Vodnik | Inheritance | 1129-003 | 1,664.00 | | 5,318.04 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,308.04 |
| 11/20/14 | | Susan E. Vodnik | Added to correct amount of deposit | 1129-000 | 0.04 | | 5,308.08 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,298.08 |
| 12/08/14 | 13 | Susan E. Vodnik | Inheritance | 1129-000 | 1,664.04 | | 6,962.12 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 01/06/15 | 13 | Susan Vodnik | Inheritance | 1129-000 | 1,664.04 | | 8,626.16 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,616.16 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.41 | 8,603.75 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 4.92 | 8,598.83 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 02/18/15 | 13 | Susan Vodnik | Inheritance | 1129-000 | 1,664.04 | | 10,262.87 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.43 | 10,250.44 |
| 03/16/15 | 13 | Susan Vodnik | Inheritance | 1129-000 | 1,664.09 | | 11,914.53 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-46820 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | VODNIK, WILLIAM GENE | | Bank Name: | ASSOCIATED BANK |
| | VODNIK, SUSAN ELIZABETH | | Account Number / CD #: | *******7608 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1935 | | | |
| For Period Ending: | 08/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.51 | 11,898.02 |
| 04/20/15 | 13 | Susan Vodnik | Inheritance | 1129-000 | 1,355.00 | | 13,253.02 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.83 | 13,235.19 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.68 | 13,215.51 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.01 | 13,196.50 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.62 | 13,176.88 |
| * 08/20/15 | 13 | Susan E. Vodnik | Inheritance | 1129-003 | -1,664.00 | | 11,512.88 |
| | | 6542 Blackstone Dr. | Incorrect amount was entered by Trustee | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 08/20/15 | 13 | Susan E. Vodnik | Inheritance | 1129-000 | 1,664.04 | | 13,176.92 |
| | | 6542 Blackstone Dr. | | | | | |
| | | Downers Grove, IL 60516 | | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.59 | 13,157.33 |
| 09/22/15 | | Susan Vodnik | Correct prior reversal amount | 1129-000 | | 0.04 | 13,157.29 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.93 | 13,138.36 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.53 | 13,118.83 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.87 | 13,099.96 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.48 | 13,080.48 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.45 | 13,061.03 |
| 02/18/16 | 030002 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 7.37 | 13,053.66 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.16 | 13,035.50 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.38 | 13,016.12 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.73 | 12,997.39 |
| * 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 19.32 | 12,978.07 |

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-46820 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VODNIK, WILLIAM GENE | Bank Name: | ASSOCIATED BANK |
| | VODNIK, SUSAN ELIZABETH | Account Number / CD #: | *******7608  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1935 | | |
| For Period Ending: | 08/26/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 06/14/16 | | Reverses Adjustment OUT on 06/07/16 | BANK SERVICE FEE<br>Error - Bank Fees Stopped | 2600-003 | | -19.32 | 12,997.39 |
| 07/22/16 | 030003 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fee | | | 2,091.69 | 10,905.70 |
| | | | Fees       2,083.93 | 2100-000 | | | |
| | | | Expenses       7.76 | 2200-000 | | | |
| 07/22/16 | 030004 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 3,381.02 | 7,524.68 |
| 07/22/16 | 030005 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 1,690.48 | 5,834.20 |
| 07/22/16 | 030006 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Final Distribution | 4300-000 | | 5,834.20 | 0.00 |

FORM 2 Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 13-46820 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | VODNIK, WILLIAM GENE | | Bank Name: | ASSOCIATED BANK |
| | VODNIK, SUSAN ELIZABETH | | Account Number / CD #: | *******7608 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1935 | | | |
| For Period Ending: | 08/26/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Account *******7608 | Balance Forward | 0.00 | | | |
| 10 | Deposits | 13,339.29 | 6 | Checks | 13,009.68 |
| 0 | Interest Postings | 0.00 | 23 | Adjustments Out | 329.65 |
| | Subtotal | $ 13,339.29 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 13,339.33 |
| 1 | Adjustments In | 0.04 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 13,339.33 | | | |

Trustee's Signature: /s/ GINA B. KROL  Date: 08/26/16
GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 14)   Ver: 19.06a